ANTHONY WEKKER, Respondent, v. WILLIAM SPENCER & SON CORPORATION, a Corporation Organized under the Laws of the State of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J.,

O'Malley, Townley, Dore and Cohn, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint.